1  Rony Sagy (State Bar No. 112219)
   Barbara L. Gately (State Bar No. 76497)
2  Sagy Law Associates
   930 Montgomery Street Suite 600
3  San Francisco CA 94133
   rony.sagy@sagylaw.com
   Tel: 415-986-0900
4  Fax: 415-956-3950

5  Attorneys for Plaintiffs
   MORGAN HILL CONCERNED PARENTS ASSOCIATION and
6  CONCERNED PARENTS ASSOCIATION

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13  MORGAN HILL CONCERNED PARENTS        CASE NO.  2:11-CV-03471-KJM  AC
    ASSOCIATION, an unincorporated
    association, and CONCERNED PARENTS   **DISCOVERY MATTER**
14  ASSOCIATION, an unincorporated
    association,                         **PLAINTIFFS' AND DEFENDANT'S
15                                        STIPULATION AND [~~PROPOSED~~] ORDER RE
                  Plaintiffs,            FORMAT OF DISCOVERY MOTION
16                                        PRACTICE**
                  v.
17                                        Courtroom:      26
    CALIFORNIA DEPARTMENT OF             Judge:          Honorable Allison Claire
18  EDUCATION, and DOES 1 through 5,                     Magistrate Judge
                                          Hearing Date:   July 18, 2018
19                Defendants.            Hearing Time:   10:00 a.m.
                                          Action Filed:   April 23, 2012
20

21          WHEREAS Defendant California Department of Education (CDE) presently has two

22  motions pending for hearing on July 18, 2018 before Magistrate Judge Claire in Courtroom 26 at

23  10 a.m., namely, a motion for sanctions and a motion for a protective order;

24          WHEREAS Plaintiffs Morgan Hill Concerned Parents Association and Concerned Parents

25  Association (Plaintiffs) anticipate filing three discovery motions to be heard on the same date and

26  time before Magistrate Judge Claire:  a motion for a protective order, and two motions to compel;

27          WHEREAS Magistrate Judge Claire has, in the past, directed the parties to notice all of

28  their discovery motions pursuant to Local Rule 230, rather than following the procedures set out in

SAGY LAW
ASSOCIATES

PLAINTIFFS' AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER RE FORMAT OF DISCOVERY MOTION PRACTICE/
MHCPA & CPA v. CDE CASE#2:11-CV-03471-KJM-AC

Local Rule 251 which ostensibly governs all discovery motions, noting the parties' persistent inability to reach common ground;

WHEREAS Local Rule 230 contemplates a more traditional motion practice in which: the moving party files a notice of motion and supporting memorandum of points and authorities; the opposing party files a memorandum of points and authorities opposing the motion; and the moving party has the opportunity to respond to the opposing party's arguments in a reply memorandum;

WHEREAS the parties have found that proceeding under Local Rule 230, rather than Local Rule 251, provides greater clarity and exposition of the issues and arguments implicated by their respective motions;

WHEREAS the parties believe that the Court is better served in its consideration of the parties' respective discovery motions by adopting the format set out in Local Rule 230;

**NOW, THEREFORE**, **THE PARTIES STIPULATE AND AGREE** to notice and prepare all discovery motions pursuant to the provisions set out in Local Rule 230 rather than Local Rule 251.

DATED: June 4, 2018                    SAGY LAW ASSOCIATES


By: _____/S/ Rony Sagy __ _____
                    RONY SAGY


Attorneys for Plaintiffs MORGAN HILL CONCERNED PARENTS ASSOCIATION and CONCERNED PARENTS ASSOCIATION

Dated:      June 4, 2018                    XAVIER BECERRA
                                           Attorney General of California
                                           ISMAEL A. CASTRO
                                           Supervising Deputy Attorney General


By: _____/S/ Julia R. Jackson __ _____
                    JULIA R. JACKSON
                    Deputy Attorney General
                    Attorneys for Defendant
                    California Department of Education

SAGY LAW ASSOCIATES

PLAINTIFFS' AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER RE FORMAT OF DISCOVERY MOTION PRACTICE/
MHCPA & CPA v. CDE CASE#2:11-CV-03471-KJM-AC

1   **GOOD CAUSE APPEARING THEREFOR, THE COURT HEREBY ORDERS** that,

2   until the Court provides otherwise, the parties are to observe the procedures set out in the Eastern

3   District of California's Local Rule 230 when filing discovery motions in this action.

4   **IT IS SO ORDERED.**

5   Date: June 5, 2018

6

7

8   _____

9   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAGY LAW
ASSOCIATES

PLAINTIFFS' AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER RE FORMAT OF DISCOVERY MOTION PRACTICE/
MHCPA & CPA v. CDE CASE#2:11-CV-03471-KJM-AC